IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RESCH, on behalf of himself and others similarly situated, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 11-6893 |
| v. | : | |
| KRAPF'S COACHES, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 28th day of June, 2012, upon consideration of plaintiff's motion for conditional certification (Doc. No. 10), defendant's response thereto, plaintiff's reply, and defendant's sur-reply, **IT IS HEREBY ORDERED** as follows:

(1) Plaintiff's motion for conditional certification is **GRANTED** as to all individuals who were employed by defendant as Transit Route drivers who worked over 40 hours during any workweek within the past three years;

(2) Defendant shall produce to counsel for the plaintiff a list containing the full name and last known address of each person falling within the above class definition within 20 days of this order;

(3) Counsel for the parties shall meet and confer as soon as practicable regarding the form and content of the notice to putative class members. A joint proposed notice shall be submitted to the court for consideration within 20 days of the date of this order; and

(4) If the parties cannot agree on a joint proposed notice, they shall submit their separate proposals and a letter brief explaining their rationale within 20 days of the date of this order.

/s/ William H. Yohn Jr., Judge  
William H. Yohn Jr., Judge