# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RESCH, on behalf of himself and others similarly situated, | : | CIVIL ACTION - LAW |
| Plaintiffs, | : | NO. 2:11-cv-06893 |
| v. | : | |
| KRAPF'S COACHES, INC., | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Reply Brief of Defendant, Krapf's Coaches, Inc., In Further Support Of Its Motion For Summary Judgment, were sent via the ECF system on the date set forth below to counsel of record as follows:

Peter Winebrake, Esquire
R. Andrew Santillo
Mark J. Gottesfeld
The Winebrake Law Firm, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA  19025

**FOX ROTHSCHILD LLP**

Date:   5/30/2013              /s/Jennifer J. Hanlin

Jennifer J. Hanlin
*Attorney for Defendant, Krapf's Coaches, Inc.*

20837441 05/30/2013