IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RESCH, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | CIVIL ACTION NO. 11-6893 |
| KRAPF'S COACHES, INC., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 29th day of August, 2013, upon careful consideration of defendant's motion for summary judgment (Doc. No. 48) and plaintiffs' opposition thereto, and after oral argument, **IT IS HEREBY ORDERED** that the motion for summary judgment is **GRANTED** and judgment is entered in favor of defendant Krapf's Coaches, Inc., and against plaintiffs on count I (plaintiffs' FLSA claims) of plaintiffs' complaint.

                                                s/ William H. Yohn Jr.
                                                William H. Yohn Jr., Judge