UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 14-3679

JOSEPH RESCH,
ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,
Appellant

v.

KRAPF'S COACHES, INC.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
(D.C. No. 2:11-cv-06893)
District Judge: Hon. William H. Yohn

Argued: April 15, 2015

Before: AMBRO, VANASKIE, and SHWARTZ, Circuit Judges.

JUDGMENT

This case came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on April 15, 2015.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the orders of the District Court entered August 29, 2013, and July 28, 2014, be and the same are hereby AFFIRMED. All of the above in accordance with the Opinion of this Court. Costs shall be taxed against Appellant.

ATTEST:

s/Marcia M. Waldron
Clerk

Dated: May 12, 2015

Certified as a true copy and issued in lieu
of a formal mandate on  06/03/2015

Teste: _Marcia M. Waldron_
**Clerk, U.S. Court of Appeals for the Third Circuit**